634

Raymond E. Blackwood, appellant, v. Frederick H. Froemke, appellee. Gen. No. 37,589.

Opinion filed March 29, 1935.
Frederick A. Brown, for appellant; G. Gale Roberson, of counsel. Ernest C. Reniff, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Aetna Acceptance Company, plaintiff in error, v. George M. Rozcznialski, defendant in error. Gen. No. 37,641.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.
William S. Kleinman, for plaintiff in error. K. B. Czarnecki, for defendant in error.
Mr. Justice Scanlan delivered the opinion of the court.

Rudolph E. Karow, appellant, v. Paul Ellguth et al., appellees. Gen. No. 37,741.

Opinion filed March 29, 1935.
Elmer W. Arch, for appellant. A. J. Calcagno and Van Alen Pfister, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

Isaak Karish, appellee, v. James Kernes, appellant. Gen. No. 37,800.

Opinion filed March 29, 1935.
Klenha & Greenfield, for appellant; William E. Anderle, of counsel. Abrams, Sherman & Lewis, for appellee; Clyde C. Fisher, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

John P. Folsom, appellee, v. Linda B. Titus Knox and Sidney B. Knox, appellants. Gen. No. 37,810.